UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRIFFITH AND DETRICK CURTIS CONERLY,<br><br>    Plaintiffs,<br><br>    v.<br><br>PARAN LLP,<br><br>    Defendant. | No. 2:21-cv-1314-JAM-CKD (PS)<br><br><br>ORDER |

     This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On November 12, 2021, the magistrate judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.) No objections have been filed.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case. Having carefully reviewed this matter, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed November 12, 2021 (ECF No. 7) are adopted in full;
2. This action is dismissed for failure to state a claim and failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

Dated: December 20, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE